**OLDHAM et, Admrs v WINGET, Gdn**

Ohio Appeals, 2nd Dist, Shelby Co

Decided Dec 14, 1933

For full opinion see 40 OLR 296; 47 Oh Ap 287.

Charles C. Hall, Sidney, and Taylor Cummins, Sidney, for plaintiffs in error.

Leo M. Winget, Sidney, and Urban H. Doorley, Sidney, for defendant in error.